UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Shannon Darnell Crawford,

    Debtor.                                              BKY 14-43613

-----------------------------------

Minnesota Department of Employment                      ADV 14-4225
and Economic Development,

    Plaintiff,

v.                                                      **JUDGMENT**

Shannon Darnell Crawford,

    Defendant.

---

    This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, presiding.

    It is therefore Ordered and Adjudged: The defendant's debt to the plaintiff totaling $29,234.60 is excepted from the defendant's discharge.

| | |
|---|---|
| Dated: January 14, 2015 | Lori A. Vosejpka |
| At: Minneapolis, Minnesota | Clerk of Bankruptcy Court |

                                                              /e/ Lynn M. Hennen

                                  By: _____

                                                  Lynn M. Hennen
                                                  Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/14/2015*
Lori Vosejpka, Clerk, by LH